GEORGE W. BRIDGMAN, Individually and as President of the Uniformed Firemen's Association, Inc., of the City of Mount Vernon, Appellant, against CHARLES COSSE et al., Constituting the Municipal Civil Service Commission of the City of Mount Vernon, Respondents.

(Argued April 13, 1936; decided April 28, 1936.)

*H. Eliot Kaplan* for appellant.

*Lester D. Stickles, Corporation Counsel (Irving J. Bland* and *Arthur H. Ellis* of counsel), for respondents.

*Seth T. Cole* for Firemen's Association of the State of New York et al., *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.